UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN LYNN RYDER,

    Plaintiff,

v.

    Case No. 1:15-cv-46

    HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

    This is a civil action filed pursuant to 42 U.S.C. § 405(g).  The parties filed a Stipulation of Consent to EAJA Fees (Dkt 19), which was corrected the same day (Dkt 20).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (R & R) on January 18, 2017, recommending that this Court grant the corrected stipulation, and terminate the original stipulation as moot.  The R & R was duly served on the parties.  On January 20, 2017, the parties filed a Stipulation of Consent to Magistrate's Report and Recommendation (Dkt 22), requesting the approval of the R & R without the necessity of the fourteen-day objection period.  The Court having reviewed the above filings:

    **IT IS HEREBY ORDERED** that the Stipulation of Consent to Magistrate's Report and Recommendation (Dkt 22) is GRANTED.

    **IT IS FURTHER ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 21) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Corrected Stipulation of Consent to EAJA Fees (Dkt 20) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Stipulation of Consent to EAJA Fees (Dkt 19) is TERMINATED as moot.

**IT IS FURTHER ORDERED** that Defendant pay Plaintiff attorney fees in the amount of four thousand, two hundred eighty-seven dollars and fifty cents ($4,287.50).


Dated:  January 23, 2017                     /s/Janet T. Neff
                                                                                           JANET T. NEFF
                                                                                           United States District Judge