UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUSAN LYNN RYDER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:15-cv-46

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed an unopposed Motion for Award of Attorney Fee[s] Pursuant to 42 U.S.C. § 406(b) (ECF No. 24). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 1, 2017, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 28) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Award of Attorney Fees Pursuant to 42 U.S.C. § 406(b) (ECF No. 24) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded attorney fees in the amount of six thousand, three hundred twelve dollars and fifty cents ($6,312.50).

Dated: May 16, 2017                                      /s/ Janet T. Neff
                                                                                   JANET T. NEFF
                                                                                   United States District Judge